# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-00857-LTB

GARY ROYAL,

        Plaintiff,

v.

STELLAR RECOVERY, INC.,

        Defendant.

___

# ORDER
___

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 11 - filed November 8, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: November 9, 2010